UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISON

CASE NO.: 22-cv-23828-PCH

WINDY LUCIUS,

    Plaintiff,
v.

LA CERVECERIA LINCOLN LLC.,
d/b/a La Cerveceria de Barrio.

    Defendant
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff, WINDY LUCIUS, by and through the undersigned counsel, and pursuant to Rule 41(a), Fed. R. Civ. P., hereby gives notice that she voluntarily dismisses this action with prejudice as to federal claims asserted in this case against, Defendant, LA CERVECERIA LINCOLN LLC., d/b/a La Cerveceria de Barrio, and respectfully requests this Court to terminate the action.

Respectfully submitted on this March 14, 2023.

By: */s/ J. Courtney Cunningham*
J. Courtney Cunningham, Esq.
FBN: 628166
J. COURTNEY CUNNINGHAM, PLLC
8950 SW 74th Court, Suite 2201
Miami, Florida 33156
T:  305-351-2014
cc@cunninghampllc.com
legal@cunninghampllc.com

*Counsel for Plaintiff*

Lucius v. La Cerveceria Lincoln<br>
Case No. 22-cv-23828-PCH

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 14, 2023, an electronic copy of the foregoing document was filed with the Clerk of Court using the CM/ECF system which will send notice of electronic filing to all parties and Counsel of record.

By: */s/ J. Courtney Cunningham*
J. Courtney Cunningham, Esq.
FBN: 628166
J. COURTNEY CUNNINGHAM, PLLC
8950 SW 74th Court, Suite 2201
Miami, Florida 33156
T:  305-351-2014
cc@cunninghampllc.com
legal@cunninghampllc.com

*Counsel for Plaintiff*
